

W1

3

AUSA: John N. O'Brien  Phone Number: (313) 226-9715

# United States District Court
## Eastern District of Michigan

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | **05 80412** |
| KARL R. KAECHELE | CASE NUMBER: |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>April 27, 2005</u> in Wayne County, in the <u>Eastern</u> District of <u>Michigan</u>, defendant did travel in foreign commerce to engage in illicit sexual conduct with another person, that is sexual conduct with minors in violation of Title 18 U.S.C. Sections 2423(c).

I further state that I am a Special Agent with Immigration Customs Enforcement, and that this complaint is based on the following facts in the attached affidavit.

Continued on the attached sheet and made a part hereof: Yes <u>X</u>   No __

_____
Signature of Complainant
Mark O'Hare
Special Agent, ICE

Sworn to before me and subscribed in my presence,

| April 27, 2005 | At | Detroit, Michigan |
|---|---|---|
| Date | | City and State |

U.S. Magistrate Mona K. Majzoub          _signature_
Name & Title of Judicial Officer         Signature of Judicial Officer

FILED
APR 27 2005
CLERK'S OFFICE
DETROIT

## AFFIDAVIT

I, Mark A. O'Hare, being duly sworn, depose and state the following:

1. I am a Special Agent employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by ICE (formally U.S. Customs Service) since 1996. As part of my duties, I investigate violations of federal law, including the investigation and enforcement of laws and regulations regarding the importation and exportation of prohibited merchandise. I am trained and experienced in the methods used by travelers who import sexually illicit materials or travel overseas for the purpose of engaging in illicit sexual conduct.

2. The information set forth in this affidavit is based upon my knowledge and investigation, as well as investigations conducted by fellow law enforcement officers. I know it is a violation of law for any United States citizen to travel in foreign commerce for the purpose of engaging in any illicit sexual conduct with another person. This affidavit is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint, and therefore does not include all the facts that have been learned during the course of the investigation.

3. On April 26, 2005, Karl KAECHELE, a United States citizen, entered the United States at Detroit Metropolitan Airport from Manila, Philippines via Northwest flight #26. Upon his arrival to the United States, KAECHELE was greeted by Customs and Border Protection (CBP) Officer Holbird. Officer Holbird conducted a brief interview of KAECHELE and referred him to CBP secondary for further exam. At CBP secondary, KAECHELE was greeted by CBP Officer Daum. KAECHELE told Officer Daum that he had been out of the country for ninety days and had traveled to Thailand, Vietnam, Cambodia and the Philippines. An inspection of KAECHELE's luggage revealed nine packets of photographs, which included numerous images of nude Asian females. The backside of many of the photographs included hand written notes containing what appeared to be the females name, the date of the photograph and a log number. Also discovered were three large notebook journals and two small notebook journals with detailed notes of KAECHELE's previous and current trips to Southeast Asia. These journals contained what appeared to be specific details of sexual encounters with females. The journal details included: the date of the sexual encounter, the log number of the photo taken of the female, the name of the female, city where encounter took place, age of the female, money paid, graphic comments describing the type of sexual conduct and a rating of the sexual encounter. Contained in these journals were numerous entries of young girls ages 7 to 15 with detailed hand written notes explicitly describing the sexual encounter with each of them.

4. As an example of the entries in the journal KAECHELE describes having oral sex with a 9 year old girl describing her as tiny, approximately 35 pounds and rating her as best ever.

5. Also in KAECHELE's possession was a travel list of items to take on his overseas trip; among these items were Viagra, KY jelly and penicillin.

6. On April 26, 2005, the affiant and ICE Special Agent Jerome Deaven interviewed KAECHELE regarding his overseas travel and the items with which he was traveling. KAECHELE was advised of his Miranda Rights and agreed to speak to agents without an attorney present. During the brief interview, KAECHELE stated that he has traveled to Vietnam, Cambodia, Philippines and Thailand approximately nine times over the course of the past five years. KAECHLE indicated that he takes numerous photographs of females while abroad, but indicated that he does not bring back photos of young girls with him for fear of getting in trouble with U.S. Customs. KAECHELE indicated the journals in his possession did belong to him and that he made the entries in the journals. Additionally, KAECHELE also stated that he had an internet service provider prior to his trip overseas and did acknowledge having viewed nude images online and having an email account.

7. Based on the foregoing, I believe that Karl R. KAECHELE, as United States citizen, did travel in foreign commerce and engaged in illicit sexual conduct with another person in violation of Title 18 United States Code 2423(c).

_____
Mark A. O'Hare, Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed in my
presence this 27th day of April, 2005.
_____
Mona K. Majzoub, U.S. Magistrate Judge